**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| CHARLES HAWKINS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-173 (MTT) |
| ALAN ADAMS, *et. al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation on Motion for Summary Judgment (Doc. 28) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Defendants' Motion for Summary Judgment (Doc. 19) (the "Motion") pursuant to 28 U.S.C. § 636(b)(1), recommends granting the Motion because the Plaintiff failed to challenge the evidence submitted in the Defendant's Motion for Summary Judgment. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion (Doc. 19) is **GRANTED.**

**SO ORDERED**, this the 10th day of August, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jj